UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH R. WILLIAMS (#104413)

VERSUS

BURL CAIN, WARDEN

CIVIL ACTION

NO. 12-493-SDD-RLB

RULING
AND
ORDER OF DISMISSAL

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 2, 2014. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly,** Petitioner's application for *habeas corpus* relief is dismissed as barred by procedural default and by a failure to exhaust state court remedies. Further, in the event that the Petitioner seeks to pursue an appeal in this case, a certificate of appealability is DENIED.

Signed in Baton Rouge, Louisiana, on <u>May 30, 2014</u>.

JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 11.
[3] Rec. Doc. 12.